# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159516(82)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

SC: 159516
v                                COA: 343154
                                    Wayne CC: 17-005253-FC

TRESHAUN LEE TERRANCE,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the second motion of defendant-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or February 7, 2020.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2020             
                                                Clerk